1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| 11 WRTS, LLC, a California limited liability company; WE ROCK THE 12 SPECTRUM KID'S GYM, LLC, a California limited liability company, 13 | Case No. 14-CV-03888-CBM (ASx) Judge: Honorable Consuelo B. Marshall |
| Plaintiffs. 14 vs. | **ORDER RE DISMISSAL[66]** |
| 15 CAROL WOLFE, an individual; ALEXANDRA WOLFE, an individual; 16 BRUCE WOLFE, an individual; and DOES 1-10, Inclusive, 17 | |
| Defendants. 18 | |
| KIDZONE, LLC, *formerly* WE ROCK 19 THE SPECTRUM WEST HILLS, LLC, a California limited liability company; 20 CAROL WOLFE, an individual; ALEXANDRA WOLFE, an individual; 21 BRUCE WOLFE, an individual, | |
| 22 Counterclaimants, vs. 23 | |
| WRTS, LLC, a California limited 24 liability company, WE ROCK THE SPECTRUM KID'S GYM, LLC, a 25 California limited liability company; DINA KIMMEL, an individual; and 26 ROES 1-10, Inclusive, | |
| 27 Counter-Defendants. | |

28

1

ORDER RE DISMISSAL

## <u>ORDER</u>

**FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:**

The Parties' Stipulation and Request for Dismissal filed May 1, 2015 is GRANTED.  All claims and counterclaims herein are hereby dismissed with prejudice, with this Court to retain jurisdiction as needed to enforce the terms of the confidential settlement agreement entered into by the Parties.

IT IS SO ORDERED.


Dated: May 4,  2015                    By: _____

                                            HON. CONSUELO B. MARSHALL
                                            U.S. DISTRICT  JUDGE

ORDER RE DISMISSAL

1167751/3708.008
ORDER RE DISMISSAL